

AB-025-0161  |  © Dale O'Dell/CORBIS  |  RM
196 x 105 Pixels

| IMAGE URL | http://www.niit.com/admin/images/Research_pic1.jpg |
|---|---|
| PAGE URL | http://www.niit.com/Admin/ASP/Aboutus.asp?Section=Global&L1=Research&L2=People |





**AB-025-0161  |  © Dale O'Dell/CORBIS  |  RM**
**196 x 105 Pixels**

| IMAGE URL | http://www.niit.com/admin/images/Research_pic1.jpg |
|---|---|
| PAGE URL | http://www.niit.com/admin/ASP/Aboutus.asp?Section=Global&L1=Research |





**AX067868  |  © Chuck Savage/CORBIS  |  RM**
**181 X 105 Pixels  x 2**

| IMAGE URL | http://www.niit.com/admin/images/News%20and%20Events_pic3.jpg |
|---|---|
| PAGE URL | http://www.niit.com/admin/ASP/Aboutus.asp?Section=Global&L1=News%20and%20Events |



3



**AX067868  |  © Chuck Savage/CORBIS  |  RM**
**181 x 105 Pixels  x 2**

| IMAGE URL | http://www.niit.com/admin/images/News%20and%20Events_pic3.jpg |
|---|---|
| PAGE URL | http://www.niit.com/Admin/ASP/Aboutus.asp?Section=Global&L1=News%20and%20Events&L2=Media%20Kit |





O-071-0109  |  © Paul Barton/CORBIS  |  RM
182 x 163 Pixels

| | |
|---|---|
| **IMAGE URL** | http://www.niit.com/admin/images/Logo.jpg |
| **PAGE URL** | http://www.niit.com/Admin/ASP/Aboutus.asp?Section=Global&L1=Investors |



5



**O-071-0109  |  © Paul Barton/CORBIS  |  RM**
**182 x 163 Pixels**

| IMAGE URL | http://www.niit.com/admin/images/Logo.jpg |
| PAGE URL | http://www.niit.com/admin/ASP/Aboutus.asp?Section=Global&L1=Research |





**O-067-0174  |  ©LWA-Dann Tardif/CORBIS  |  RM**
**196 x 104 Pixels**

| IMAGE URL | http://www.niit.com/niit/admin/images/pic2.jpg |
|---|---|
| PAGE URL | http://www.niit.com/niit/ILB/India/asp/ILB_index.asp?Section=ILB&L1=Programs&L2=Skills%20Enhancement&L3=PLANET |





O-067-0174 | ©LWA-Dann Tardif/CORBIS | RM
196 x 104 Pixels

| IMAGE URL | http://www.niit.com/niit/admin/images/pic3.jpg |
|---|---|
| PAGE URL | http://www.niit.com/niit/ILB/India/asp/ILB_index.asp?section=ILB&L1=Programs&L2=IT%20Awareness |

8



**CO-024-0106  |  © Gabe Palmer/CORBIS  |  RM**
**150 x 100 Pixels**

| IMAGE URL | http://www.niit.com/admin/images/RHS_news.jpg |
|---|---|
| PAGE URL | http://www.niit.com/Admin/ASP/Aboutus.asp?Section=Global&L1=News%20and%20Events&L2=Media%20Kit |





**CO-024-0106 | © Gabe Palmer/CORBIS | RM**
**150 x 100 Pixels**

| IMAGE URL | http://www.niit.com/admin/images/RHS_news.jpg |
|---|---|
| PAGE URL | http://www.niit.com/admin/ASP/Aboutus.asp?Section=Global&L1=News%20and%20Events |





**O-071-0252  |  © Chuck Savage/CORBIS  |  RM**
**150 x 100 Pixels**

| IMAGE URL | http://www.niit.com/admin/images/colleges/pic4_univ.jpg |
|---|---|
| PAGE URL | http://www.niit.com/Colleges/Colleges_Index.asp?Section=Colleges&L1=Products%20and%20Solutions |



11



**O-071-0252  |  © Chuck Savage/CORBIS  |  RM
150 x 100 Pixels**

| IMAGE URL | http://www.niit.com/admin/images/colleges/pic4_univ.jpg |
|---|---|
| PAGE URL | http://www.niit.com/Colleges/Colleges_Index.asp?Section=Colleges&L1=Products%20and%20Solutions&L2=Student%20Administration%20System |

