| ImageID | Status | Copyright Date | Certificate |
|---|---|---|---|
| AB-025-0161 | Registered | 8/15/2002 | **VA 1-145-485** |
| AX067868 | Registered | 8/26/2002 | **VA 1-152-436** |
| O-071-0252 | Registered | 8/15/2002 | **VA 1-145-485** |
| O-071-0109 | Registered | 8/15/2002 | **VA 1-145-485** |
| O-067-0174 | Registered | 8/15/2002 | **VA 1-145-485** |
| CO-024-0106 | Registered | 8/15/2002 | **VA 1-145-485** |
|  |  |  |  |
|  |  |  |  |