**JUDGE COTE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 6294**

---------------------------------------------------------------X

CORBIS CORPORATION,  :  Case No. _____ Civ. _____ ( ___ )

    Plaintiff,  :

    -against-  :  **RULE 7.1 STATEMENT**

NIIT LIMITED, an Indian corporation, and  :
NIIT (USA), INC., a Georgia corporation,

    :  JUL 0 9 2007

    Defendants.  X  U.S.D.C. S.D.N.Y. CASHIERS

---------------------------------------------------------------

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Corbis Corporation (a private non-governmental party) certifies that Corbis Corporation has no publicly held corporate parents, affiliates, and/or subsidiaries.

Dated: July 6, 2007

FENWICK & WEST LLP

By: _____
Kathryn J. Fritz (KF 3995)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
(415) 875-2300

Attorneys for Plaintiff
CORBIS CORPORATION

23819/00408/LIT/1269642.1

-1-