%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

CORBIS CORPORATION,
Plaintiff,

V.

NIIT LIMITED, an Indian corporation,
and NIIT (USA), Inc., a Georgia
corporation
Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER **07 CV 6294**

**JUDGE COTE**

TO: (Name and address of Defendant)

NIIT (USA), Inc.
1050 Crown Pointe Parkway
Suite 500
Atlanta, GA 30338

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kathryn J. Fritz
FENWICK & WEST LLP
555 California Street
12th Floor
San Francisco, CA 94104

an answer to the complaint which is served on you with this summons, within **twenty (20)** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE JUL 0 9 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 7/17/07 at 3:25 PM |
| NAME OF SERVER (PRINT) Earl Gayle | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served John L. Bornall personally

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-20
             Date

Signature of Server

ATLANTA LEGAL SERVICES, INC.
3070 Presidential Pkwy
Suite 148
Atlanta, Georgia 30340

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.