UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CORBIS CORPORATION,                : Case No. 07 CV 6294 (Judge Cote)

               Plaintiff,    : **WAIVER OF SERVICE OF SUMMONS**

               -against-    :

NIIT LIMITED, an Indian corporation, and :
NIIT (USA), INC., a Georgia corporation,
                          :
             Defendants.    X
------------------------------------------------------------

To: Aaron K. Perzanowski.

    I acknowledge receipt of your request that NIIT Limited waive service of a summons in the action of Corbis Corporation v. NIIT Limited and NIIT (USA), Inc., case number 07 CV 6294 in the United States District Court for the Southern District of New York. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to NIIT Limited.

    NIIT Limited agrees to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that NIIT Limited be served with judicial process in the manner provided by Rule 4. NIIT Limited will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons. I and my client NIIT Limited understand that a judgment may be entered against NIIT Limited if an answer or motion under Rule 12 is not served upon you within 60 days after July 24, 2007. In addition, I confirm our agreement that the answer of NIIT Limited shall be served on or before August 10, 2007.

Date July 25TH 2007    Signature _____
                                                  Stephen M. Dorvee
                                                  Counsel for NIIT Limited

## DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

23819/00408/LIT/1270371.1