UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

CORBIS CORPORATION, :

Plaintiff, : Case No. 07-CV 6294 (DLC)

-against- :

NIIT LIMITED, an Indian corporation, and NIIT (USA), INC., a Georgia corporation :

Defendant. :

---------------------------------------- X

**DEFENDANTS' RULE 7.1 STATEMENT**

Defendants NIIT Limited and NIIT (USA), hereby file this statement under Rule 7.1 of the Federal Rules of Civil Procedure.

1. Defendant NIIT (USA), Inc. is wholly owned by NIIT Limited, an Indian corporation.
2. Defendant NIIT Limited is a publicly traded corporation on the Indian stock exchange.

No publicly traded corporation owns 10% or more of the stock of NIIT Limited.

Dated: New York, New York
August 16, 2007

THE LAW OFFICE OF ROBERT J. BERNSTEIN

Robert J. Bernstein

By: Robert J. Bernstein (RB-4230)
488 Madison Avenue
9th Floor
New York, NY 10022
Tel: 212-705-4811
Fax: 212-593-9175
Email: rjb@robert-bernsteinlaw.com

OF COUNSEL:
Stephen M. Dorvee, Esq.
Georgia Bar No. 226989
ARNALL GOLDEN GREGORY LLP

171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Tel: 404-873-8500
Fax: 404-873-8501
Email: Stephen.dorvee@agg.com

Attorneys for Defendants.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORBIS CORPORATION,

Plaintiff,

-against-

NIIT LIMITED, an Indian corporation, and NIIT (USA), INC., a Georgia corporation

Defendant.

Case No. 07-CV 6294 (DLC)

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served on counsel of record for plaintiff **DEFENDANTS' RULE 7.1 STATEMENT** by depositing a copy of the same in the United States mail in a properly-addressed envelope with adequate postage affixed thereto, as follows:

Kathryn J. Fritz, Esq.
Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA 94104

Dated: New York, New York
August 16, 2007

Robert J. Bernstein (RB–4230)