UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

CORBIS CORPORATION, :

        Plaintiff, :   Case No. 07-CV 6294 (DLC)

   -against- :

           **ANSWER OF DEFENDANT NIIT**
NIIT LIMITED, an Indian corporation, and : **LIMITED**
NIIT (USA), INC., a Georgia corporation

        Defendant. :

------------------------------------ X

    Defendant NIIT LIMITED ("Defendant"), by its undersigned counsel, for its answer to Plaintiff's Complaint, hereby responds follows:

    As to the specific numbered paragraphs of Plaintiff's Complaint, Defendant responds as follows:

1.

    Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 1 of Plaintiff's Complaint. Defendant admits that six images that appear to be from the Corbis collection were used by Defendant on Defendant's website. Defendant denies the remaining allegations in this paragraph.

2.

    Defendant admits the allegations contained in the first sentence of paragraph 2 of Plaintiff's Complaint. Defendant denies the remaining allegations contained in this paragraph.

3.

Defendant denies the allegations contained in paragraph 3 of Plaintiff's Complaint.

4.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 4 of Plaintiff's Complaint.

5.

Defendant admits the allegations contained in the first two sentences of paragraph 5 of Plaintiff's Complaint except that Defendant denies that it solicits and conducts business "through" its subsidiaries. Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in the last sentence of this paragraph.

6.

Defendant admits the allegations contained in paragraph 6 of Plaintiff's Complaint.

7.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 7 of Plaintiff's Complaint.

8.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 5 of Plaintiff's Complaint.

9.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 9 of Plaintiff's Complaint.

10.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 10 of Plaintiff's Complaint.

11.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 11 of Plaintiff's Complaint.

12.

Defendant admits that Defendant owns, operates and maintains a website at www.niit.com. Defendant admits that its website is transmitted worldwide via the Internet, and that it advertises Defendant's services. The remaining allegations in this paragraph are denied.

13.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 13 of Plaintiff's Complaint.

14.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 14 of Plaintiff's Complaint.

15.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 15 of Plaintiff's Complaint.

16.

Defendant admits the allegations contained in paragraph 16 of Plaintiff's Complaint as they relate to Defendant except that Defendant is without knowledge as to whether or not it "displayed the Corbis Images on its Website without license or other authorization from Corbis."

17.

Defendant states that the Exhibit A attached appears to be a sample with screen shots taken from Defendant's website. Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the remainder of the allegations contained in paragraph 17 of Plaintiff's Complaint.

18.

Defendant admits that a chart appearing to list U.S. Copyright registration certificate numbers and registration dates appears to be attached the Complaint as to Exhibit B. Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the remainder of the allegations contained in paragraph 18 of Plaintiff's Complaint.

19.

Defendant repeats and reallegs the responses contained in paragraphs 1 through 18 above as though set forth fully herein.

20.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 20 of Plaintiff's Complaint.

21.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 21 of Plaintiff's Complaint.

22.

Defendant denies the allegations contained in paragraph 22 of Plaintiff's Complaint.

23.

Defendant denies the allegations contained in paragraph 23 of Plaintiff's Complaint.

24.

Defendant denies the allegations contained in paragraph 24 of Plaintiff's Complaint.

25.

Defendant repeats and realleges the allegations of paragraphs 1 through 24 above as though set forth fully herein.

26.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 26 of Plaintiff's Complaint.

27.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 27 of Plaintiff's Complaint.

28.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 28 of Plaintiff's Complaint.

29.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 29 of Plaintiff's Complaint.

30.

Defendant denies the allegations contained in paragraph 30 of Plaintiff's Complaint.

31.

Defendant denies the allegations contained in paragraph 31 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

This Court does not have personal jurisdiction over the Defendant.

### Second Affirfmative Defense

Venue is improper in this judicial district.

### Third Affirmative Defense

Injunctive relief is not appropriate in this matter because Plaintiff has licensed the images at issue to Defendant.

WHEREFORE, Defendant prays that Plaintiff take nothing by its Complaint and this Court award Defendant such other and further relied as it deems just and proper, including without limitation its costs and attorneys' fees in defending this action.

Dated:  New York, New York
        August 16, 2007

Respectfully submitted,

THE LAW OFFICE OF ROBERT J. BERNSTEIN

*Robert J. Bernstein*
_____
Robert J. Bernstein (RB-4230)
488 Madison Avenue
9th Floor
New York, NY 10022
Tel:    212-705-4811
Fax:    212-593-9175
Email: rjb@robert-bernsteinlaw.com

OF COUNSEL:
Stephen M. Dorvee, Esq.
Georgia Bar No. 226989
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Tel:    404-873-8500

>Fax:	404-873-8501
>Email: Stephen.dorvee@agg.com

>Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
CORBIS CORPORATION,                  :

       Plaintiff,                   :  Case No. 07-CV 6294 (DLC)

    -against-                       :

NIIT LIMITED, an Indian corporation, and    **CERTIFICATE OF SERVICE**
NIIT (USA), INC., a Georgia corporation  :

       Defendant.                   :
------------------------------------ X

    I hereby certify that I have this day served on counsel for plaintiff the **ANSWER OF DEFENDANT NIIT LIMITED** by depositing a copy of the same in the United States mail in a properly-addressed envelope with adequate postage affixed thereto, as follows:

    Kathryn J. Frizt, Esq.
    Fenwick & West LLP
    555 California Street
    12th Floor
    San Francisco, CA 94104

Dated: New York, New York
      August 16, 2007

                                                   */s/ Robert J. Bernstein*
                                                Robert J. Bernstein (RB-4230)