UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CORBIS CORPORATION,                            :

             Plaintiff,                    :     Case No. 07-CV 6294 (DLC)

     -against-                           :

                                   :    **ANSWER OF DEFENDANT NIIT (USA),**

NIIT LIMITED, an Indian corporation, and      :    **INC.**
NIIT (USA), INC., a Georgia corporation

             Defendant.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

     Defendant NIIT (USA), Inc. ("Defendant"), by its undersigned counsel, for its answer to to Plaintiff's Complaint, hereby responds as follows:

     As to the specific numbered paragraphs of Plaintiff's Complaint, Defendant responds as follows:

1.

     Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 1 of Plaintiff's Complaint. Defendant admits that six images that appear to be from the Corbis collection were used by NIIT, Limited on NIIT, Limited's website. Defendant denies the remaining allegations in this paragraph.

2.

     Defendant admits the allegations contained in the first two sentences of paragraph 2 of Plaintiff's Complaint. Defendant denies the remaining allegations contained in this paragraph.

3.

222183865

Defendant denies the allegations contained in paragraph 3 of Plaintiff's Complaint.

4.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 4 of Plaintiff's Complaint.

5.

Defendant admits the allegations contained in the first two sentences of paragraph 5 of Plaintiff's Complaint except that Defendant denies that NIIT, Limited solicits and conducts business "through" its subsidiaries. Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in the last sentence of this paragraph.

6.

Defendant admits the allegations contained in paragraph 6 of Plaintiff's Complaint.

7.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 7 of Plaintiff's Complaint.

8.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 5 of Plaintiff's Complaint.

9.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 9 of Plaintiff's Complaint.

10.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 10 of Plaintiff's Complaint.

11.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 11 of Plaintiff's Complaint.

12.

Defendant admits that NIIT, Limited owns, operates and maintains, the referenced website. Defendant denies the remaining allegations in this paragraph are denied.

13.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 13 of Plaintiff's Complaint.

14.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 14 of Plaintiff's Complaint.

15.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 15 of Plaintiff's Complaint.

16.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 16 of Plaintiff's Complaint.

17.

Defendant states that the Exhibit A attached appears to be a sample with screen shots taken from NIIT Limited's website. Defendant is without knowledge sufficient to form a belief

as to the truth or falsehood of the remainder of the allegations contained in paragraph 17 of Plaintiff's Complaint.

18.

Defendant admits that a chart appearing to list U.S. Copyright registration certificate numbers and registration dates appears to be attached the Complaint as to Exhibit B. Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the remainder of the allegations contained in paragraph 18 of Plaintiff's Complaint.

19.

Defendant repeats and reallegs the responses contained in paragraphs 1 through 18 above as though set forth fully herein.

20.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 20 of Plaintiff's Complaint.

21.

Defendant denies the allegations contained in paragraph 21 of Plaintiff's Complaint.

22.

Defendant denies the allegations contained in paragraph 22 of Plaintiff's Complaint.

23.

Defendant denies the allegations contained in paragraph 23 of Plaintiff's Complaint.

24.

Defendant denies the allegations contained in paragraph 24 of Plaintiff's Complaint.

25.

Defendant repeats and realleges the allegations of paragraphs 1 through 24 above as though set forth fully herein.

26.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 26 of Plaintiff's Complaint.

27.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 27 of Plaintiff's Complaint.

28.

Defendant is without knowledge sufficient to form a belief as to the truth or falsehood of the allegations contained in paragraph 28 of Plaintiff's Complaint.

29.

Defendant denies the allegations contained in paragraph 29 of Plaintiff's Complaint.

30.

Defendant denies the allegations contained in paragraph 30 of Plaintiff's Complaint.

31.

Defendant denies the allegations contained in paragraph 31 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

This Court does not have personal jurisdiction over the Defendant.

### Second Affirmative Defense

Venue is improper in this judicial district.

## **Third Affirmative Defense**

Injunctive relief is not appropriate in this matter because Plaintiff has licensed the images at issue to Defendant.

WHEREFORE, Defendant prays that Plaintiff take nothing by its Complaint and this Court award Defendant such other and further relied as it deems just and proper, including without limitation its costs and attorneys' fees in defending this action.

Respectfully submitted,

THE LAW OFFICE OF ROBERT J. BERNSTEIN

By: Robert J. Bernstein (RB-4230)
New York Bar No.
488 Madison Avenue
9th Floor
New York, NY 10022
Tel:    212-705-4811
Fax:    212-593-9175
Email: rjb@robert-bernsteinlaw.com

OF COUNSEL:
Stephen M. Dorvee, Esq.
Georgia Bar No. 226989
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Tel:    404-873-8500
Fax:    404-873-8501
Email: Stephen.dorvee@agg.com

Attorneys for Defendants.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CORBIS CORPORATION,                        :

        Plaintiff,                    :

    -against-                    :    Case No. 07-CV 6294 (DLC)

NIIT LIMITED, an Indian corporation, and    :
NIIT (USA), INC., a Georgia corporation          **CERTIFICATE OF SERVICE**

       Defendant.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    I hereby certify that I have this day served on counsel and parties of record the **ANSWER OF DEFENDANT NIIT (USA), INC.** by depositing a copy of the same in the United States mail in a properly-addressed envelope with adequate postage affixed thereto, as follows:

        Kathryn J. Fritz, Esq.
        Fenwick & West LLP
        555 California Street
        12th Floor
        San Francisco, CA 94104

Dated: New York, New York
       August 16, 2007

                Robert J. Bernstein, Esq.