UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
CORBIS CORPORATION,                  :

       Plaintiff,                   :  Case No. 07-CV 6294 (DLC)

  -against-                          :

NIIT LIMITED, an Indian corporation, and   **DEFENDANTS' RULE 7.1 STATEMENT**
NIIT (USA), INC., a Georgia corporation    :

       Defendant.                  :
------------------------------------ X

     Defendants NIIT Limited and NIIT (USA), hereby file this statement under Rule 7.1 of the Federal Rules of Civil Procedure.

    1. Defendant NIIT (USA), Inc. is wholly owned by NIIT Limited, an Indian corporation.

    2. Defendant NIIT Limited is a publicly traded corporation on the Indian stock exchange. No publicly traded corporation owns 10% or more of the stock of NIIT Limited.

Dated: New York, New York
       August 16, 2007

                                      THE LAW OFFICE OF ROBERT J. BERNSTEIN

                                      */s/ Robert J. Bernstein*
                                      By: Robert J. Bernstein (RB-4230)
                                      488 Madison Avenue
                                      9th Floor
                                      New York, NY 10022
                                      Tel:   212-705-4811
                                      Fax:  212-593-9175
                                      Email: rjb@robert-bernsteinlaw.com

                                      OF COUNSEL:
                                      Stephen M. Dorvee, Esq.
                                      Georgia Bar No. 226989
                                      ARNALL GOLDEN GREGORY LLP

171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
Tel:   404-873-8500
Fax:   404-873-8501
Email: Stephen.dorvee@agg.com

Attorneys for Defendants.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
CORBIS CORPORATION,                              :
        Plaintiff,                       :  Case No. 07-CV 6294 (DLC)
    -against-                                   :
NIIT LIMITED, an Indian corporation, and         :  **CERTIFICATE OF SERVICE**
NIIT (USA), INC., a Georgia corporation          :
        Defendant.                       :
------------------------------------------------ X

I hereby certify that I have this day served on counsel of record for plaintiff

**DEFENDANTS' RULE 7.1 STATEMENT** by depositing a copy of the same in the United

States mail in a properly-addressed envelope with adequate postage affixed thereto, as follows:

        Kathryn J. Fritz, Esq.
        Fenwick & West LLP
        555 California Street, 12th Floor
        San Francisco, CA 94104

Dated: New York, New York
       August 16, 2007

                                    /s/ Robert J. Bernstein
                                    Robert J. Bernstein (RB–4230)