USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07

# FENWICK & WEST LLP

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104
TEL 415.875.2300   FAX 415.281.1350   WWW.FENWICK.COM

**MEMO ENDORSED**

October 26, 2007

KATHRYN J. FRITZ

EMAIL KFRITZ@FENWICK.COM
DIRECT DIAL (415) 875-2328

RECEIVED
OCT 29 2007
CHAMBERS OF
DENISE COTE

**VIA FEDERAL EXPRESS**

The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re:   07-CV-06294 - Request for Adjournment

Dear Judge Cote:

I write to request adjournment of the initial pretrial conference in *Corbis Corp. v. NIIT Ltd*, Case No. 07-CV-06294, scheduled for October 31, 2007 at 2 P.M. I am currently serving as a juror in a California trial expected to continue through October 31; I am therefore unable to appear before this Court at the initial pretrial conference. In addition, the parties have recently agreed to engage in mediation in the hopes of resolving this matter without further litigation.

No previous requests for adjournment have been entered in this action, and counsel for Defendants NIIT Ltd and NIIT (USA), Inc. has consented to this request. Counsel will be available to attend an initial pretrial conference on the afternoons of January 4, 11, or 18, as well as February 8 or 15.

Thank you for your consideration of this request.

Sincerely,

FENWICK & WEST LLP

Kathryn J. Fritz /akp

23819/00408/LIT/1275442.1

*The conference is adjourned to January 18, 2008 at 2:30. There shall be no adjournments.*

*Denise Cote*
*October 30, 2007*