```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
CORBIS CORPORATION,                     :    07 CIV. 6294 (DLC)
                                        :
                Plaintiff,              :       ORDER OF
                                        :    DISCONTINUANCE
      -v-                               :
                                        :
NIIT LIMITED, an Indian corporation and :
NIIT (USA), INC., a Georgia             :
corporation,                            :
                                        :
                Defendants.             :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-17-08

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

SO ORDERED:

Dated:   New York, New York
         January 17, 2008

                                    _____
                                           DENISE COTE
                                    United States District Judge