UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
..................................................

| | |
|---|---|
| CORBIS CORPORATION, | Case No. 07 CV 6294 (Judge Cote) |
| Plaintiff, | STIPULATION FOR PERMANENT INJUNCTION AND [PROPOSED] ORDER THEREON |
| -against- | |
| NIIT LIMITED, an Indian corporation, and NIIT (USA), INC., a Georgia corporation, | USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/19/08 |
| Defendants. | |

WHEREAS Plaintiff Corbis Corporation (sometimes referred to as "Plaintiff" or "Corbis") is a Nevada corporation and successor to Corbis Corporation, a Washington Corporation, and is in the business of licensing photographs and fine art images on behalf of itself and the photographers and other licensors it represents, which photographs and images are subject to copyright protection under the laws of the United States;

WHEREAS Defendant NIIT Limited is an Indian corporation in the business of providing computer training and educational services and operates a website at www.niit.com.

WHEREAS Defendant NIIT (USA), Inc. is a Georgia corporation and a wholly owned subsidiary of NIIT Limited, also in the business of providing computer training and educational services advertised at www.niit.com;

WHEREAS Corbis filed a Complaint against Defendants NIIT Limited and NIIT (USA), Inc. asserting claims for copyright infringement under 17 U.S.C. § 101, *et seq.*, and violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1202(b), arising from Defendants' copying and display of certain copyrighted images owned by Corbis on Defendants' website (the "Action");

WHEREAS Corbis and Defendants NIIT Limited and NIIT (USA), Inc. have agreed to entry of this Consent Judgment and Permanent Injunction in the Action as to them in compromise of their respective claims and defenses in the Action, and good cause appearing, therefore,

IT IS THEREFORE STIPULATED, by and between the parties hereto or their counsel, who have been authorized to execute this Stipulation for Permanent Injunction on their own and on their clients' behalf, that as of January 2, 2008:

1. Defendants NIIT Limited and NIIT (USA), Inc., their agents, employees and all persons in active concert with them are hereby PERMANENTLY ENJOINED from copying, publishing, reproducing, disseminating or using in any manner the images that are the subject of this Action (although nothing herein shall prevent Defendants from copying, publishing, reproducing, disseminating or otherwise using such images if Defendants have received proper authorization and license from Plaintiff to do so).

2. This Court shall retain jurisdiction over this Action and the parties to this Consent Judgment to the extent necessary to enforce this permanent injunction.

IT IS FURTHER STIPULATED that upon entry of the above Stipulation for Permanent Injunction as an Order of the Court, the above-captioned action shall be concluded and no further action will be taken or will be necessary, except and unless Corbis is required to seek the Court's assistance to enforce this Order. In the event NIIT Limited and/or NIIT (USA), Inc., their agents, employees, or any persons in active concert or participation with them fail to comply with any of the above provisions, Corbis shall be entitled to recover all costs, including reasonable attorneys' fees, incurred in enforcing this Order.

*So ordered.*

*Denise Cote*
*February 19, 2008*

2283108v2                                    -2-

Dated: February ___, 2008  FENWICK & WEST LLP

By: _____
Kathryn J. Fritz

Attorneys for Plaintiff
CORBIS CORPORATION

Dated: February 4TH, 2008  ARNALL GOLDEN GREGORY LLP

By: _____
Stephen M. Dorvee

Attorneys for Defendant
NIIT LIMITED and NIIT (USA), INC.

DATED: February ___, 2008  IT IS SO ORDERED.

_____
HON. DENISE COTE
UNITED STATES DISTRICT JUDGE